THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARGARET KLEIN, Appellant, *v.* WARDEN OF THE HOUSE OF DETENTION FOR WOMEN, Respondent.

(Argued January 14, 1935; decided February 26, 1935.)

*Joseph A. Solovei, Henry G. Singer* and *Joseph Weiss* for appellant.

*William Copeland Dodge, District Attorney (David Blitzer* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.   Not sitting: FINCH, J.